FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV6 |
| | ) | |
| v. | ) | |
| | ) | CONSENT TO EXERCISE OF |
| $10,500.00 IN UNITED STATES | ) | JURISDICTION BY A UNITED |
| CURRENCY, | ) | STATES MAGISTRATE JUDGE |
| | ) | |
| Defendant. | ) | |

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeal for this circuit.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| [signature] | For | John Sims | 1-28-06 |
| [signature] Nancy A. Svoboda | For | Plaintiff | 2/27/06 |
| | For | | |
| | For | | |

DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States magistrate judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | | Name of Party | Date |
|---|---|---|---|
| | For | | |
| | For | | |
| | For | | |
| | For | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case is referred to the Honorable F.A. Gossett, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the foregoing consent of the parties.

Dated this 1st day of March, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge